**No. 10-10431. Albert Murphy, Petitioner v. Illinois.**

565 U.S. 836, 132 S. Ct. 142, 181 L. Ed. 2d 60, 2011 U.S. LEXIS 5577.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 395 Ill. App. 3d 1116, 369 Ill. Dec. 493, 986 N.E.2d 806.